NUMBER 13-94-00346-CV


 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

FRANK D. YTURRIA, Relator,


v.



HON. J. MANUEL BAÑALES, ET AL., Respondents.

_____________________________________________________________


On Petition for Writ of Mandamus.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 This petition for writ of mandamus was abated by this Court on June 2, 1994, due
to the mandamus action being premature. The original proceeding was abated until such
time as the superseded partition judgment was finally determined through the normal
course of appeal. Since the abatement there has been no activity in this original
proceeding. 

 On March 12, 2009, the Court ordered the parties to file an advisory regarding the
status of the original proceeding and, if applicable, a motion to reinstate the original
proceeding or a motion to dismiss the original proceeding. The trial court responded to the
order by informing this Court that the case was settled on all issues and recommended that
the pending petition for writ of mandamus be dismissed. Accordingly, we reinstate and
dismiss the petition for writ of mandamus for want of prosecution. See Tex. R. App. P.
42.3(b). Any pending motions are dismissed as moot.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 23rd day of April, 2009.